■ GLORIA CORTES, Appellant, v MMC RESIDENTIAL CORP., I., INC., Respondent. [54 NYS3d 849]—

Order, Supreme Court, Bronx County (Julia I. Rodriguez, J.), entered December 28, 2015, which granted defendant's motion for summary judgment dismissing the complaint, unanimously reversed, on the law, without costs, and the motion denied.

As the movant on a motion to dismiss the complaint pursuant to CPLR 3212, the burden is on defendant to establish its prima facie entitlement to summary judgment (*Winegrad v New York Univ. Med. Ctr.*, 64 NY2d 851, 853 [1985]). Defendant's moving papers did not make a prima facie showing that it was an out-of-possession landlord (*Winegrad*, 64 NY2d at 853). Defendant also did not make a prima facie showing that MMC is an alter ego of Montefiore (*see Ortiz v Rose Nederlander Assoc., Inc.*, 90 AD3d 454, 454 [1st Dept 2011]). Concur—Acosta, J.P., Renwick, Moskowitz, Feinman and Gesmer, JJ.